# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Christel, David W. | 2. Court or Organization<br><br>Western District of Washington | 3. Date of Report<br><br>07/23/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Part time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

105 W. Evergreen Blvd.
Suite 200
Vancouver, WA 98660

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | David W. Christel Attorney at Law, PC |
| 2. | Trustee | David W. Christel Attorney at Law 401 K Plan |
| 3. | Trustee (will change in 2013) | ▓▓▓▓▓▓▓▓. Trust |
| 4. | Manager/Member | Amen Corner Management, LLC |
| 5. | Manager/Member | Blue Tee Management, LLC |
| 6. | Manager/Member | Double Cut Management, LLC |
| 7. | Manager/Member | Double Eagle Management, LLC |
| 8. | Manager/Member | First Cut Management, LLC |
| 9. | Manager/Member | Front Nine Management, LLC |
| 10. | Manager/Member | Garrow Trident, LLC |
| 11. | Manager/Member | Kick Point, LLC |
| 12. | Manager/Member | North Side Group, LLC |
| 13. | Manager/Member | Pelican Bay Management, LLC |
| 14. | Manager/Member | Rocklin Northwest, LLC |
| 15. | Manager/Member | Silver Lake RV Park, LLC |
| 16. | Attorney in Fact | ▓▓▓▓ Christel |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

| | | |
|---|---|---|
| 17. | Treasurer | Fort Vancouver High School 2004 Grad Night |
| 18. | Partner | Christel & Isley, LLP |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2012 | David W. Christel Attorney at Law, PC (Salary) | $81,000.00 |
| 2. 2012 | David W. Christel Attorney at Law, PC (Business Income) | $178,919.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Battle Ground School District, Salary |
| 2. 2012 | David W Christel Attorney at Law, PC, Miscellaneous Income |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of the Cascades | Mortgage on Commercial Rental (4.5% of property), Sunnybrook, OR (Pt VII, Line 471) | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 3 M COMPANY (Y) | | | | | | | | | |
| 2. 8% ELKS ON GE DUE 3/23/11 BY CFI RATE (Y) | | | | | | | | | |
| 3. ACCENTURE PLC IRELAND CL A | A | Dividend | J | T | | | | | |
| 4. ACE LTD | A | Dividend | J | T | Buy | 08/28/12 | K | | |
| 5. | | | | | Buy (add'l) | 09/12/12 | J | | |
| 6. | | | | | Sold (part) | 09/25/12 | K | A | |
| 7. | | | | | Buy (add'l) | 10/03/12 | J | | |
| 8. ACTIVE BEAR ETF | | None | | | Buy | 07/24/12 | J | | |
| 9. | | | | | Sold | 09/06/12 | J | | |
| 10. ALLERGAN INC | A | Dividend | J | T | Buy (add'l) | 03/01/12 | J | | |
| 11. | | | | | Buy (add'l) | 04/12/12 | J | | |
| 12. ALLIANZ NFJ INTL VALUE P | A | Dividend | K | T | Buy | 04/12/12 | K | | |
| 13. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 14. AMAZON COM INC | | None | | | Sold | 02/16/12 | J | | |
| 15. AMERICA MOVIL SA DE CV ADR L (Y) | | | | | | | | | |
| 16. AMERICAN EXPRESS CO | A | Dividend | | | Buy | 09/25/12 | K | | |
| 17. | | | | | Sold | 12/21/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMERICAN GRO FD OF AMERICA F1 | | None | | | Redeemed (part) | 01/09/12 | J | A | |
| 19. | | | | | Redeemed | 11/21/12 | K | | |
| 20. AMERICAN GW FD OF AMERICA F2 | A | Dividend | K | T | Buy | 11/21/12 | K | | |
| 21. AMERICAN TOWER CP CLASS A | | None | | | Sold | 01/03/12 | J | | |
| 22. AMERICAN TOWER REIT COM | | None | | | Buy | 01/03/12 | J | | |
| 23. | | | | | Sold | 01/05/12 | J | C | |
| 24. ANADARKO PETE | A | Dividend | | | Buy | 08/08/12 | J | | |
| 25. | | | | | Sold | 09/21/12 | J | A | |
| 26. APPLE | A | Dividend | K | T | Sold (part) | 02/16/12 | J | A | |
| 27. | | | | | Buy (add'l) | 10/18/12 | K | | |
| 28. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 29. ASSURANT INC (Y) | | | | | | | | | |
| 30. AT&T INC | A | Dividend | J | T | Buy | 01/19/12 | J | | |
| 31. | | | | | Sold | 03/14/12 | J | A | |
| 32. | | | | | Buy | 05/21/12 | J | | |
| 33. | | | | | Sold | 07/20/12 | J | A | |
| 34. | | | | | Buy | 09/26/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BANK OF AMERICA CORP | A | Dividend | J | T | | | | | |
| 36. BLACKROCK EQUITY DIVIDEND A | | None | | | Sold (part) | 01/09/12 | J | A | |
| 37. | | | | | Sold | 01/24/12 | K | | |
| 38. BLACROCK EQUITY DIVIDEND I | A | Dividend | K | T | Buy | 01/24/12 | K | | |
| 39. BLACKROCK HI YIELD BD PTF A | A | Dividend | | | Buy (add'l) | 01/04/12 | J | | |
| 40. | | | | | Sold | 01/24/12 | K | | |
| 41. BLACKROCK HI YIELD BD PTF INST | B | Dividend | K | T | Buy | 01/24/12 | K | | |
| 42. | | | | | Sold (part) | 09/25/12 | J | A | |
| 43. BLACKSTONE GROUP LP | A | Dividend | J | T | | | | | |
| 44. BOEING CO | A | Dividend | | | Buy (add'l) | 01/05/12 | J | | |
| 45. | | | | | Buy (add'l) | 02/02/12 | K | | |
| 46. | | | | | Sold (part) | 04/20/12 | J | | |
| 47. | | | | | Sold (part) | 09/12/12 | J | | |
| 48. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 49. | | | | | Sold | 12/21/12 | J | A | |
| 50. BORG WARNER | | None | | | Sold | 07/24/12 | J | | |
| 51. BRISTOL MYERS SQUIBB CO | A | Dividend | | | Buy | 01/25/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 06/15/12 | J | A | |
| 53. CALAMOS CONVERTIBLE FUNDS A (Y) | | | | | | | | | |
| 54. CALL ANADARKO PETROLEUM EXPIRES 09/22/2012 (X) | None | | | | Sold | 08/08/12 | J | A | |
| 55. CALL AT&T EXPIRES 04/21/2012 | None | | J | T | Buy | 03/14/12 | J | | |
| 56. CALL CBS CORP NEW CL B SHARES EXPIRES 09/22/2012 (X) | None | | | | Sold | 07/30/12 | J | B | |
| 57. | | | | | Buy | 09/06/12 | J | | |
| 58. | | | | | Sold | 11/06/12 | J | A | |
| 59. CALL CHEVRON TEXACO CORP EXPIRES 12/22/2012 (X) | None | | | | Sold | 10/31/12 | J | | |
| 60. CALL EBAY INC EXPIRES 07/21/2012 (X) | None | | | | Sold | 07/21/12 | J | A | |
| 61. CALL GENERAL ELECTRIC CO EXPIRES 02/18/2012 | None | | J | T | Buy | 01/26/12 | J | | |
| 62. CALL HONEYWELL INTL EXPIRES 12/22/2012 (X) | None | | | | Sold | 11/02/12 | J | A | |
| 63. CALL INTEL CORP EXPIRES 12/17/2011 (Y) | | | | | | | | | |
| 64. CALL JP MORGAN CHASE&CO EXPIRES | None | | J | T | Buy | 03/08/12 | J | | |
| 65. CALL MICROSOFT CORP EXPIRES 02/18/2012 | None | | J | T | Buy | 01/26/12 | J | | |
| 66. CALL SPDR GOLD TR GOLD SHS EXPIRES 01/21/2012 (Y) | | | | | | | | | |
| 67. CALL TARGET CORP EXPIRES 03/17/2012 | None | | J | T | Buy | 02/28/12 | J | | |
| 68. CALL TEXAS INSTRUMENTS EXPIRES 11/17/2012 (X) | None | | | | Sold | 10/04/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CALL UNITED TECHNOLOGIES EXPIRES 03/17/2012 (X) | | None | | | Sold | 01/23/12 | J | A | |
| 70. CALL WILLIAMS CO EXPIRES 12/22/2012 (X) | | None | | | Sold | 11/01/12 | J | | |
| 71. CARDINAL HEALTH INC | A | Dividend | | | Sold | 04/13/12 | J | | |
| 72. CARNIVAL CP NEW PAIRED COM (Y) | | | | | | | | | |
| 73. CATERPILLAR INC | A | Dividend | J | T | Buy (add'l) | 06/19/12 | J | | |
| 74. | | | | | Buy (add'l) | 08/09/12 | J | | |
| 75. CBS CORP NEW CL B SHARES | A | Dividend | | | Buy | 03/08/12 | J | | |
| 76. | | | | | Sold | 06/15/12 | J | A | |
| 77. | | | | | Buy | 07/30/12 | K | | |
| 78. | | | | | Sold | 09/06/12 | K | B | |
| 79. | | | | | Buy | 11/06/12 | K | | |
| 80. | | | | | Sold | 12/06/12 | K | A | |
| 81. CELGENE CORP | | None | J | T | Buy | 09/14/12 | J | | |
| 82. CENTRIAS ELECTICAS CO ADR | A | Dividend | J | T | | | | | |
| 83. CHEVRON | A | Dividend | J | T | Buy (add'l) | 01/19/12 | J | | |
| 84. | | | | | Sold (part) | 03/16/12 | J | A | |
| 85. | | | | | Buy (add'l) | 10/31/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 12/21/12 | K | A | |
| 87. CISCO SYS INC | A | Dividend | J | T | Buy (add'l) | 01/19/12 | J | | |
| 88. | | | | | Sold (part) | 03/14/12 | J | A | |
| 89. | | | | | Sold (part) | 04/25/12 | J | A | |
| 90. | | | | | Buy (add'l) | 08/10/12 | J | | |
| 91. CITIGROUP CALLABLE LEVERAGED CMS DUE 2026-03 | A | Interest | | | Redeemed | 03/16/12 | K | | |
| 92. CLOROX CO DE | | None | | | Buy | 10/04/12 | J | | |
| 93. | | | | | Sold | 10/19/12 | J | A | |
| 94. CNO FINL GROUP INC COM (Y) | | | | | | | | | |
| 95. COACH INC | A | Dividend | J | T | Sold (part) | 04/03/12 | J | A | |
| 96. | | | | | Buy (add'l) | 06/19/12 | J | | |
| 97. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 98. COCA COLA CO | A | Dividend | | | Buy | 02/02/12 | J | | |
| 99. | | | | | Sold (part) | 03/01/12 | J | A | |
| 100. | | | | | Buy (add'l) | 08/28/12 | K | | |
| 101. | | | | | Sold | 10/19/12 | K | | |
| 102. COLGATE PALMOLIVE CO | A | Dividend | J | T | Buy | 01/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 02/07/12 | J | | |
| 104. | | | | | Sold (part) | 02/17/12 | J | A | |
| 105. | | | | | Buy (add'l) | 03/19/12 | J | | |
| 106. | | | | | Sold (part) | 08/09/12 | J | A | |
| 107. CONOCOPHILIPS (Y) | | | | | | | | | |
| 108. COSTCO WHOLESALE CORP | A | Dividend | J | T | Sold (part) | 01/06/12 | J | | |
| 109. COVIDIEN PLC NEW | A | Dividend | J | T | | | | | |
| 110. CVS CAREMARK CORP | A | Dividend | J | T | Buy | 02/07/12 | J | | |
| 111. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 112. DANAHER | A | Dividend | J | T | | | | | |
| 113. DAVIS NEW YORK VENTURE Y | | None | | | Sold (part) | 01/09/12 | J | | |
| 114. | | | | | Sold | 12/07/12 | J | A | |
| 115. DELAWARE TX-FR USA INTERMED A | A | Dividend | J | T | Redeemed (part) | 01/09/12 | J | | |
| 116. DISCOVER FINANCIAL SERVICES | A | Dividend | | | Buy | 06/20/12 | J | | |
| 117. | | | | | Sold | 07/20/12 | J | A | |
| 118. DOLLAR GEN CORP NEW COM (Y) | | | | | | | | | |
| 119. DREYFUS INTL BOND I | A | Dividend | K | T | Buy | 09/11/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. DU PONT EL DE NEMOURS & CO | A | Dividend | | | Buy | 04/25/12 | J | | |
| 121. | | | | | Sold | 09/05/12 | J | | |
| 122. DWS MANAGED MUNI BOND A DIV | A | Dividend | J | T | | | | | |
| 123. EBAY | | None | | | Buy | 05/21/12 | J | | |
| 124. | | | | | Sold | 07/20/12 | J | A | |
| 125. EMC CORP MASS (Y) | | | | | | | | | |
| 126. EMERSON ELECTRIC CO | A | Dividend | | | Buy | 08/06/12 | K | | |
| 127. | | | | | Sold | 08/14/12 | K | A | |
| 128. | | | | | Buy | 10/16/12 | J | | |
| 129. | | | | | Sold | 12/21/12 | J | A | |
| 130. ENERGY TRANSFER PARTNERS L P | A | Interest | J | T | | | | | |
| 131. ENTERPRISE PROD PARTNERS L.P. | A | Interest | J | T | | | | | |
| 132. EXXON MOBIL CORP | A | Dividend | J | T | Buy (add'l) | 03/23/12 | K | | |
| 133. | | | | | Sold (part) | 08/08/12 | K | A | |
| 134. | | | | | Sold (part) | 11/27/12 | J | A | |
| 135. FACEBOOK INC CL-A | | None | J | T | Buy | 05/17/12 | J | | |
| 136. FIDELITY ADV SH-INT MUNI INC A | A | Dividend | J | T | Redeemed (part) | 01/09/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Redeemed (part) | 04/10/12 | J | | |
| 138. FIDELITY ADV SH-INT MUNI INC I | A | Dividend | J | T | Buy | 04/10/12 | J | | |
| 139. | | | | | Buy (add'l) | 05/16/12 | J | | |
| 140. FIRST EAGLE GOLD A (Y) | | | | | | | | | |
| 141. FIRST EAGLE GOLD I | A | Dividend | J | T | Redeemed (part) | 01/09/12 | J | | |
| 142. | | | | | Buy (add'l) | 08/24/12 | J | | |
| 143. FIRST TRUST HEALTH CARE ALPHA ETF | A | Dividend | K | T | | | | | |
| 144. FIRST TRUST CONSUMER STAPLES ETF | | None | | | Sold | 02/07/12 | J | | |
| 145. FIRST TRUST INDS/PRODS ETF (Y) | | | | | | | | | |
| 146. FIRST TRUST MILD CAP CORE ETF | | None | | | Sold (part) | 05/03/12 | J | C | |
| 147. | | | | | Sold | 06/13/12 | K | A | |
| 148. FIRST TRUST SMALL CAP CORE ETF | | None | | | Buy (add'l) | 01/10/12 | J | | |
| 149. | | | | | Sold (part) | 05/03/12 | J | A | |
| 150. | | | | | Sold | 06/13/12 | J | | |
| 151. FORD CAPITAL TRUST II PREFERENTIAL RATE DUE: 2032-01-15 (Y) | | | | | | | | | |
| 152. FORD MOTOR CO (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153.  FRANKLIN HI YIELD TX FR A (Y) | | | | | | | | | |
| 154.  FRANKLIN HI YIELD TX FR ADV | A | Dividend | J | T | | | | | |
| 155.  FRANKLIN RESOURCES INC | A | Dividend | | | Sold | 05/16/12 | J | A | |
| 156.  GENERAL ELECTRIC ELKS BY CITIGROUP EXCHANGE DUE 2011-0 (Y) | | | | | | | | | |
| 157.  GENERAL ELECTRIC CO | A | Dividend | J | T | Sold (part) | 01/26/12 | K | C | |
| 158. | | | | | Buy (add'l) | 04/25/12 | J | | |
| 159. | | | | | Buy (add'l) | 06/19/12 | J | | |
| 160. | | | | | Sold (part) | 08/17/12 | J | A | |
| 161. | | | | | Buy (add'l) | 09/06/12 | K | | |
| 162. | | | | | Sold (part) | 09/19/12 | K | A | |
| 163.  GENERAL MILLS INC | A | Dividend | | | Buy | 03/23/12 | K | | |
| 164. | | | | | Sold | 09/21/12 | K | A | |
| 165.  GENERAL MOTORS CORP | | None | | | Sold | 01/13/12 | J | | |
| 166.  GILEAD SCIENCE | | None | J | T | Buy | 09/14/12 | J | | |
| 167.  GOLDMAN SACH GRP IN | A | Dividend | K | T | | | | | |
| 168.  GOLDMAN SACHS GRW OPPORT A (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 169.  GOLDMAN SACHS GRW OPPORT I | A | Dividend | K | T | Sold<br>(part) | 01/09/12 | J | | |
| 170. | | | | | Buy<br>(add'l) | 11/05/12 | J | | |
| 171.  GOOGLE INC-CL A | | None | J | T | Buy | 11/28/12 | J | | |
| 172. | | | | | Buy<br>(add'l) | 12/11/12 | J | | |
| 173.  GUGG RUSSELL TOP 50 MEG CP ETF<br>(X) | A | Dividend | J | T | | | | | |
| 174.  GUGGENHEIM RUSSELL TOP 50 ETF | B | Dividend | K | T | Buy | 03/22/12 | J | | |
| 175. | | | | | Buy<br>(add'l) | 04/12/12 | J | | |
| 176. | | | | | Buy<br>(add'l) | 06/13/12 | J | | |
| 177.  GUGGENHEIM S&P 500 EQU WEIGHT<br>(X) | A | Dividend | | | Sold<br>(part) | 05/16/12 | J | | |
| 178. | | | | | Sold | 09/26/12 | J | A | |
| 179.  GUGGENHEIM SPIN OFF ETF (Y) | | | | | | | | | |
| 180.  H J HEINZ | A | Dividend | J | T | Sold<br>(part) | 08/29/12 | J | A | |
| 181.  HANCOCK HORIZON BURKENROAD A | A | Dividend | J | T | Buy | 09/12/12 | J | | |
| 182.  HEALTH CARE SEL SECT SPDR FUND | A | Dividend | | | Buy | 08/31/12 | J | | |
| 183. | | | | | Sold | 10/05/12 | J | A | |
| 184.  HENDERSON INTL OPPORTUNITIES A<br>(Y) | | | | | | | | | |
| 185.  HEWLETT PACKARD (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. HOME DEPOT INC | | None | | | Buy | 11/01/12 | K | | |
| 187. | | | | | Sold | 11/26/12 | K | A | |
| 188. HONEYWELL INTERNATIONAL INC | A | Dividend | J | T | Buy (add'l) | 03/19/12 | J | | |
| 189. | | | | | Sold (part) | 10/19/12 | J | A | |
| 190. | | | | | Buy (add'l) | 11/01/12 | J | | |
| 191. | | | | | Buy (add'l) | 11/02/12 | K | | |
| 192. | | | | | Sold (part) | 12/21/12 | K | A | |
| 193. INCYTE CORP (Y) | | | | | | | | | |
| 194. INTEL CORP (Y) | | | | | | | | | |
| 195. INTL BUSINESS MACHINES CORP | A | Dividend | | | Sold | 10/18/12 | J | A | |
| 196. INVESCO CONVERT SECURITIES A | | None | | | Sold (part) | 01/09/12 | J | | |
| 197. | | | | | Sold | 02/02/12 | K | | |
| 198. INVESCO CONVERT SECURITIES Y | A | Dividend | K | T | Buy | 02/02/12 | K | | |
| 199. | | | | | Sold (part) | 05/16/12 | J | | |
| 200. INVESCO EQUITY AND INCOME A (X) | A | Dividend | J | T | | | | | |
| 201. INVESCO GLOBAL CORE EQUITY A | A | Dividend | J | T | | | | | |
| 202. INVESCO HIGH YIELD MUNI A (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203. INVESCO INTL SMALL COMPANY | | None | K | T | Buy | 12/07/12 | J | | |
| 204. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 205. INVESCO MUNI INCOME Y (X) | A | Dividend | J | T | | | | | |
| 206. INVESCO VK EQUITY AND INCOME A (Y) | | | | | | | | | |
| 207. INVESCO VK GLOBAL FRANCHISE A (Y) | | | | | | | | | |
| 208. INVESCO VK HIGH YIELD MUNI A | A | Dividend | K | T | | | | | |
| 209. INVESCO VK MUNI INCOME | A | Dividend | J | T | | | | | |
| 210. ISHARES BARCLAYS 20+YR TSY BOND | A | Dividend | K | T | Buy | 11/09/12 | K | | |
| 211. ISHARES FTSE NAREIT RESIDENT | | None | | | Sold | 02/22/12 | K | C | |
| 212. ISHARES IBOXX $ H/Y CORP BOND | B | Dividend | K | T | | | | | |
| 213. ISHARES MSCI EMERGING MARKETS FUND | | None | | | Buy | 01/19/12 | J | | |
| 214. | | | | | Sold | 04/20/12 | J | A | |
| 215. ISHARES MSCI JAPAN INDEX FUND (Y) | | | | | | | | | |
| 216. ISHARES PHILX SOX SEMICONDUCTOR CO (Y) | | | | | | | | | |
| 217. ISHARES RUSSELL 1000 GR INDEX | A | Dividend | K | T | Buy (add'l) | 01/10/12 | J | | |
| 218. | | | | | Buy (add'l) | 04/12/12 | K | | |
| 219. | | | | | Sold (part) | 08/17/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 220. ISHARES S&P MID CAP 400 GROWTH | A | Dividend | | | Sold (part) | 02/10/12 | J | B | |
| 221. | | | | | Sold | 07/24/12 | K | C | |
| 222. ISHARES S&P MIDCAP 400 INDEX | A | Dividend | K | T | Buy | 11/07/12 | J | | |
| 223. | | | | | Buy (add'l) | 11/28/12 | J | | |
| 224. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 225. ISHARES TRUST (Y) | | | | | | | | | |
| 226. JP MORGAN MID CAP VALUE A | A | Dividend | | | Sold (part) | 01/09/12 | J | A | |
| 227. | | | | | Sold | 02/08/12 | J | | |
| 228. JP MORGAN MIDCAP VALUE S | A | Dividend | K | T | Buy | 02/08/12 | J | | |
| 229. JPMORGAN CHASE & CO | A | Dividend | J | T | Buy (add'l) | 01/18/12 | J | | |
| 230. | | | | | Buy (add'l) | 01/19/12 | J | | |
| 231. | | | | | Sold (part) | 03/08/12 | J | B | |
| 232. | | | | | Buy (add'l) | 07/30/12 | K | | |
| 233. | | | | | Sold (part) | 09/21/12 | K | A | |
| 234. KANSAS CITY LIFE INS (Y) | | | | | | | | | |
| 235. KELLOGG CO | | None | | | Sold | 01/25/12 | J | | |
| 236. KOHLS CORPORATION WISC | | None | | | Buy | 03/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 237. | | | | | Sold | 04/20/12 | J | A | |
| 238. KRAFT FOODS INC CL A | A | Dividend | | | Buy | 02/28/12 | J | | |
| 239. | | | | | Sold | 05/18/12 | J | | |
| 240. LAZARD EMERGING MARKETS I (Y) | | | | | | | | | |
| 241. LIMITED BRANDS INC | A | Dividend | | | Buy | 11/26/12 | J | | |
| 242. | | | | | Sold | 12/21/12 | J | | |
| 243. LINCARE HLDGS INC (Y) | | | | | | | | | |
| 244. MAINSTAY LARGE CAP GRW A | A | Dividend | K | T | Sold (part) | 01/09/12 | J | | |
| 245. MANAGERS AMG FQ GLOBAL ALT A (Y) | | | | | | | | | |
| 246. MARATHON OIL CO | A | Dividend | | | Sold | 05/03/12 | J | | |
| 247. MARATHON PETROLEUM CORP(Y) | | | | | | | | | |
| 248. MARKET VECTORS GOLD MINERS | | None | | | Buy | 08/22/12 | K | | |
| 249. | | | | | Sold | 09/18/12 | K | A | |
| 250. MCDONALDS CORP | A | Dividend | | | Buy | 05/21/12 | J | | |
| 251. | | | | | Sold | 07/20/12 | J | A | |
| 252. MEAD JOHNSON NUTRITION COMPANY | A | Dividend | J | T | Buy | 03/07/12 | J | | |
| 253. | | | | | Buy (add'l) | 03/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 254. | | | | | Buy (add'l) | 03/21/12 | J | | |
| 255. MEDTRONIC INC | A | Dividend | J | T | Buy | 09/24/12 | J | | |
| 256. MICROSOFT CORP | A | Dividend | K | T | Sold (part) | 01/26/12 | K | C | |
| 257. | | | | | Buy (add'l) | 06/04/12 | J | | |
| 258. | | | | | Sold (part) | 07/20/12 | J | A | |
| 259. | | | | | Buy (add'l) | 08/12/12 | J | | |
| 260. | | | | | Buy (add'l) | 08/20/12 | K | | |
| 261. | | | | | Sold (part) | 11/27/12 | J | A | |
| 262. MITSUBISHI UFJ FINCL GRP ADS | A | Dividend | J | T | | | | | |
| 263. MONSANTO CO/NEW | A | Dividend | J | T | Buy (add'l) | 03/21/12 | J | | |
| 264. MORGAN STANLEY MONEY MARKET ACCOUNT | A | Interest | K | T | | | | | |
| 265. MOTOROLA MOBILITY HOLDING INC(Y) | | | | | | | | | |
| 266. MOTOROLA SOLUTIONS INC (Y) | | | | | | | | | |
| 267. MOTOROLA SOLUTIONS MS ON S&P BRENT CRUDE DUE 2012-01-31(Y) | | | | | | | | | |
| 268. MS 8.15% CNTG COUPON NOTE LINKED TO S&p 500 RATE | A | Interest | K | T | Buy | 04/25/12 | J | | |
| 269. MS AUTOCALL ON CATERPILLAR DUE 2012-07-25 | A | Dividend | | | Redeemed | 04/25/12 | J | | |
| 270. MS ON S&P BRENT CRUDE INDEX DUE 2012 (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. MORGAN STANLEY ACTIVE ASSETS TAX FR TRUST | A | Interest | L | T | | | | | |
| 272. MORGAN STANLEY BANK ACCOUNT #1 | A | Interest | J | T | | | | | |
| 273. MORGAN STANLEY BANK ACCOUNT NUMBER #2 | A | Interest | K | T | | | | | |
| 274. MORGAN STANLEY BANK ACCOUNT #3 | A | Interest | J | T | | | | | |
| 275. MORGAN STANLEY BANK ACCOUNT #4 | A | Interest | K | T | | | | | |
| 276. MORGAN STANLEY BANK ACCOUNT #5 | A | Interest | J | T | | | | | |
| 277. MORGAN STANLEY BANK ACCOUNT #6 (Y) | | | | | | | | | |
| 278. MORGAN STANLEY BANK ACCOUNT #7 | C | Interest | M | T | | | | | |
| 279. MS EMERGING MKTS DOMESTIC DEBT | B | Dividend | K | T | | | | | |
| 280. MS FOCUS GROWTH FUND A | | None | J | T | | | | | |
| 281. MS INTERNATIONAL VALUE EQ A | A | Dividend | K | T | | | | | |
| 282. MS REAL ESTATE FUND A (Y) | | | | | | | | | |
| 283. MS SPECIAL GROWTH FUND A (Y) | | | | | | | | | |
| 284. MS US GOVERNMENT SEC TR B | A | Dividend | J | T | | | | | |
| 285. MSIF INTL EQUITY H (X) | A | Dividend | J | T | | | | | |
| 286. MSIF SMALL CO GROWTH PTF H (X) | A | Dividend | J | T | | | | | |
| 287. MSIF US REAL ESTATE PTF H (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 288. NEWS CORP LTD (DEL) CLASS B (Y) | | | | | | | | | |
| 289. NIKE INC B | A | Dividend | | | Sold | 07/02/12 | J | A | |
| 290. NORDIC AMERICAN TNKR SHIPPING (Y) | | | | | | | | | |
| 291. NUVEEN REAL ESTATE SEC FUND A | A | Dividend | | | Sold (part) | 01/09/12 | J | A | |
| 292. | | | | | Sold | 02/06/12 | J | | |
| 293. NUVEEN REAL ESTATE SEC FUND I (X) | A | Dividend | J | T | | | | | |
| 294. NUVEEN TRADEWINDS INTL VAL A | A | Dividend | | | Redeemed (part) | 01/09/12 | J | | |
| 295. | | | | | Redeemed | 02/06/12 | J | | |
| 296. NUVEEN TRADEWINDS INTL VAL I | | None | | | Buy | 02/06/12 | J | | |
| 297. | | | | | Redeemed | 04/12/12 | J | | |
| 298. NUVEEN TRADEWINDS VAL OPPORT A | | None | | | Sold (part) | 01/09/12 | J | | |
| 299. | | | | | Sold | 02/06/12 | K | | |
| 300. NUVEEN TRADEWINDS VAL OPPORT I | | None | | | Buy | 02/06/12 | K | | |
| 301. | | | | | Sold | 05/09/12 | J | | |
| 302. OCCIDENTAL PETROLEUM COPR DE | A | Dividend | K | T | Buy | 08/06/12 | K | | |
| 303. OLD MUTUAL TS&W MID CAP VAL A (Y) | | | | | | | | | |
| 304. ORACLE CORP | A | Dividend | J | T | Buy | 03/01/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 305. | | | | | Sold (part) | 07/20/12 | J | | |
| 306. | | | | | Buy (add'l) | 11/28/12 | J | | |
| 307. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 308. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 309. | | | | | Sold (part) | 12/21/12 | J | A | |
| 310. PEPSICO INC NC | | None | | | Buy | 05/21/12 | J | | |
| 311. | | | | | Sold | 05/29/12 | J | A | |
| 312. PETROLEO BRAS SA ADS (Y) | | | | | | | | | |
| 313. PFIZER INC | | None | | | Buy | 09/05/12 | J | | |
| 314. | | | | | Sold | 10/15/12 | J | A | |
| 315. PHILIP MORRIS INTL INC | A | Dividend | | | Buy | 06/18/12 | K | | |
| 316. | | | | | Sold (part) | 08/17/12 | K | A | |
| 317. | | | | | Buy (add'l) | 08/28/12 | K | | |
| 318. | | | | | Sold | 10/18/12 | K | | |
| 319. PIMCO ALL ASSET ALL AUTH P | C | Dividend | L | T | Buy (add'l) | 01/10/12 | J | | |
| 320. | | | | | Buy (add'l) | 03/01/12 | J | | |
| 321. | | | | | Buy (add'l) | 05/09/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 322. | | | | | Buy (add'l) | 08/10/12 | J | | |
| 323. | | | | | Buy (add'l) | 08/24/12 | K | | |
| 324. PIMCO ALL ASSET ALL AUTHORITY A (Y) | | | | | | | | | |
| 325. PIMCO TOTAL RETURN A (Y) | | | | | | | | | |
| 326. PNC FINL SVCS GP | A | Dividend | | | Sold | 11/13/12 | J | B | |
| 327. POWERSHARES DYN ENERGY ETF | | None | | | Sold (part) | 03/22/12 | J | A | |
| 328. | | | | | Sold | 05/03/12 | K | A | |
| 329. POWERSHARES DYN OIL & GAS SVC (Y) | | | | | | | | | |
| 330. POWERSHARES QQQ TR | A | Dividend | L | T | Buy (add'l) | 02/03/12 | J | | |
| 331. | | | | | Sold (part) | 04/20/12 | J | A | |
| 332. PRAXAIR INC | A | Dividend | J | T | Buy (add'l) | 01/18/12 | J | | |
| 333. PROCTER & GAMBLE | A | Dividend | | | Sold | 01/30/12 | J | A | |
| 334. PROSHARES CREDIT SUISSE (Y) | | | | | | | | | |
| 335. PRUDENTIAL FINANCIAL INC | | None | | | Buy | 11/28/12 | J | | |
| 336. | | | | | Sold | 12/21/12 | J | A | |
| 337. PRUDENTIAL SHORT TERM CORP BD Z | B | Dividend | L | T | Buy (add'l) | 01/10/12 | J | | |
| 338. | | | | | Buy (add'l) | 01/11/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 339. | | | | | Buy (add'l) | 02/22/12 | J | | |
| 340. | | | | | Buy (add'l) | 09/26/12 | J | | |
| 341. QUALCOMM INC | A | Dividend | J | T | Buy | 01/25/12 | J | | |
| 342. | | | | | Buy (add'l) | 01/30/12 | J | | |
| 343. | | | | | Buy (add'l) | 03/01/12 | J | | |
| 344. | | | | | Buy (add'l) | 04/12/12 | J | | |
| 345. RAYTHEON CO (NEW) | A | Dividend | | | Buy | 09/20/12 | J | | |
| 346. | | | | | Sold | 12/27/12 | J | | |
| 347. RENAISSANCE RE HOLDINGS LTD | A | Dividend | J | T | | | | | |
| 348. ROYCE 100 FUND INVESTMENT | | None | | | Buy | 06/12/12 | J | | |
| 349. | | | | | Sold | 09/12/12 | J | A | |
| 350. ROYCE 100 FUND SERV | A | Dividend | | | Sold (part) | 01/09/12 | J | A | |
| 351. | | | | | Sold | 06/12/12 | J | | |
| 352. RYDEX RUSSELL TOP 50 ETF | | None | K | T | Buy | 01/04/12 | K | | |
| 353. RYDEX S&P EQUAL WEIGHT ETF A (Y) | | | | | | | | | |
| 354. S&P NORTH AMERICAN TECH SOFT | | None | | | Sold | 01/04/12 | K | B | |
| 355. SBA COMMUNICATIONS CORP | | None | J | T | Buy | 04/25/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 356. SCORPIO TANKERS INC (X) | | None | J | T | | | | | |
| 357. SCHLUMBERGER LTD | A | Dividend | J | T | Buy | 08/09/12 | J | | |
| 358. | | | | | Buy (add'l) | 08/10/12 | J | | |
| 359. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 360. SEMPRA ENERGY | A | Dividend | J | T | | | | | |
| 361. SOUTHERN CO | A | Dividend | | | Buy | 04/26/12 | J | | |
| 362. | | | | | Sold | 06/15/12 | J | A | |
| 363. | | | | | Buy | 09/27/12 | K | | |
| 364. | | | | | Sold | 10/31/12 | K | A | |
| 365. SPDR GOLD TR GOLD SHS | | None | L | T | Sold (part) | 01/09/12 | J | A | |
| 366. | | | | | Buy (add'l) | 01/10/12 | J | | |
| 367. | | | | | Sold (part) | 03/13/12 | K | | |
| 368. | | | | | Buy (add'l) | 08/10/12 | J | | |
| 369. | | | | | Sold (part) | 09/21/12 | K | | |
| 370. | | | | | Buy (add'l) | 09/27/12 | K | | |
| 371. SPDR KBW REGIONAL BANKING ETF (Y) | | | | | | | | | |
| 372. STARWOOD HTLS & RSTS WW INC (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 373. ST. JUDE MEDICAL INC | | None | | | Buy | 09/13/12 | K | | |
| 374. | | | | | Sold | 09/25/12 | K | A | |
| 375. TARGET CORPORATION | A | Dividend | J | T | Buy (add'l) | 01/25/12 | J | | |
| 376. | | | | | Sold (part) | 02/28/12 | J | A | |
| 377. | | | | | Buy (add'l) | 04/12/12 | J | | |
| 378. TCW EMERGING MARKET INC N (Y) | | | | | | | | | |
| 379. TCW GALILEO EMERG MARKETS INC I | B | Dividend | K | T | | | | | |
| 380. TCW GALILEO TOTAL RETURN BOND I | B | Dividend | K | T | Buy | 03/01/12 | K | | |
| 381. | | | | | Buy (add'l) | 05/03/12 | J | | |
| 382. TEMPLETON GLOBAL BOND FUND A (Y) | | | | | | | | | |
| 383. TEMPLETON GLOBAL BOND FUND ADV | B | Dividend | K | T | Sold (part) | 01/09/12 | J | | |
| 384. | | | | | Sold (part) | 05/16/12 | J | A | |
| 385. | | | | | Buy (add'l) | 08/10/12 | J | | |
| 386. TEMPLETON GLOBAL BOND FUND C | A | Dividend | J | T | | | | | |
| 387. TENARIS SA (Y) | | | | | | | | | |
| 388. TEVA PHARMACEUTICALS ADR | | None | | | Sold | 02/10/12 | J | | |
| 389. TEXAS INSTRUMENTS | | None | | | Buy | 10/04/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 390. | | | | | Sold | 10/26/12 | J | A | |
| 391. TEXTRON INC (Y) | | | | | | | | | |
| 392. THE TECHNOLOGY SEL SECT SPDR FD | A | Dividend | K | T | Buy (add'l) | 01/10/12 | J | | |
| 393. THORNBURG INTL VALUE I | A | Dividend | K | T | Sold (part) | 01/09/12 | J | | |
| 394. TUPPERWARE BRANDS CORP | A | Dividend | | | Buy (add'l) | 01/05/12 | J | | |
| 395. | | | | | Buy (add'l) | 01/18/12 | J | | |
| 396. | | | | | Sold | 02/01/12 | J | A | |
| 397. UMPQUA HOLDINGS CORP | A | Dividend | J | T | | | | | |
| 398. UNITED TECHNOLOGIES CORP | A | Dividend | | | Buy | 01/23/12 | K | | |
| 399. | | | | | Sold (part) | 02/14/12 | J | A | |
| 400. | | | | | Buy (add'l) | 03/19/12 | K | | |
| 401. | | | | | Sold (part) | 08/17/12 | K | | |
| 402. | | | | | Buy (add'l) | 10/31/12 | K | | |
| 403. | | | | | Sold | 12/21/12 | J | A | |
| 404. US BANCORP (Y) | | | | | | | | | |
| 405. UNION PACIFIC CORP | A | Dividend | J | T | | | | | |
| 406. UNITED TECHNOLOGIES (Y) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 407. UNITED HEALTH GP INC | A | Dividend | | | Sold | 07/31/12 | J | B | |
| 408. V F CORPORATION | A | Dividend | J | T | Buy | 09/13/12 | J | | |
| 409. | | | | | Buy (add'l) | 11/06/12 | J | | |
| 410. VANGUARD DIVIDEND APPRECIATION (Y) | | | | | | | | | |
| 411. VANGUARD EMRG MKTS ETF (Y) | | | | | | | | | |
| 412. VANGUARD MSCI EMRG MKTS | | None | | | Buy | 01/18/12 | K | | |
| 413. | | | | | Buy (add'l) | 02/01/12 | J | | |
| 414. | | | | | Sold | 05/09/12 | K | | |
| 415. VANGUARD REIT ETF | | None | | | Sold | 02/28/12 | K | B | |
| 416. VIRTUS INSIGHT EMERG MARKETS I | A | Dividend | L | T | Sold (part) | 01/09/12 | J | | |
| 417. | | | | | Buy (add'l) | 01/10/12 | J | | |
| 418. | | | | | Buy (add'l) | 05/09/12 | J | | |
| 419. VIRTUS INSIGHT EMERG MARKETS A (Y) | | | | | | | | | |
| 420. VISA INC CL A | A | Dividend | K | T | Sold (part) | 02/29/12 | J | A | |
| 421. VODAFONE GP PLC ADS NEW | A | Dividend | | | Buy | 03/22/12 | J | | |
| 422. | | | | | Buy (add'l) | 03/23/12 | J | | |
| 423. | | | | | Buy (add'l) | 04/02/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 49

**Name of Person Reporting**

Christel, David W.

**Date of Report**

07/23/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 424. | | | | | Sold (part) | 07/20/12 | J | | |
| 425. | | | | | Sold | 11/06/12 | J | | |
| 426. WALT DISNEY CO HOLDING CO | A | Dividend | J | T | Buy | 01/04/12 | J | | |
| 427. | | | | | Buy (add'l) | 01/05/12 | J | | |
| 428. | | | | | Buy (add'l) | 01/18/12 | J | | |
| 429. | | | | | Buy (add'l) | 01/25/12 | J | | |
| 430. | | | | | Sold (part) | 03/07/12 | J | A | |
| 431. | | | | | Buy (add'l) | 03/19/12 | J | | |
| 432. | | | | | Sold (part) | 05/18/12 | J | A | |
| 433. | | | | | Sold (part) | 10/31/12 | J | A | |
| 434. WASHINGTON FEDERAL INC | A | Dividend | J | T | | | | | |
| 435. WATSON PHARMACEUTICAL INC | | None | | | Sold | 01/17/12 | J | A | |
| 436. WELLPOINT INC | A | Dividend | | | Buy | 04/25/12 | J | | |
| 437. | | | | | Sold | 09/12/12 | J | | |
| 438. WELLS FARGO & CO NEW | A | Dividend | J | T | Buy | 04/26/12 | J | | |
| 439. | | | | | Sold (part) | 07/20/12 | J | | |
| 440. | | | | | Buy (add'l) | 10/04/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 441. WEYERHAEUSER CO | A | Dividend | | | Buy | 10/16/12 | J | | |
| 442. | | | | | Sold | 11/19/12 | J | | |
| 443. WILLIAMS CO INC | A | Dividend | K | T | Buy (add'l) | 01/05/12 | J | | |
| 444. | | | | | Buy (add'l) | 02/21/12 | J | | |
| 445. | | | | | Sold (part) | 04/20/12 | J | A | |
| 446. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 447. | | | | | Buy (add'l) | 11/01/12 | K | | |
| 448. WILLIAMS SONOMA | A | Dividend | J | T | Buy | 10/04/12 | J | | |
| 449. | | | | | Buy (add'l) | 11/06/12 | J | | |
| 450. WISDOM TREE EQUITY INCOME FUND | C | Dividend | L | T | Buy (add'l) | 05/03/12 | K | | |
| 451. | | | | | Buy (add'l) | 06/13/12 | K | | |
| 452. | | | | | Buy (add'l) | 06/18/12 | J | | |
| 453. | | | | | Buy (add'l) | 09/26/12 | J | | |
| 454. | | | | | Sold (part) | 12/18/12 | J | A | |
| 455. WPX ENERGY INC (X) | | None | | | Sold | 01/05/12 | J | A | |
| 456. YUM BRANDS INC | A | Dividend | J | T | Buy (add'l) | 02/03/12 | J | | |
| 457. | | | | | Sold (part) | 04/03/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 49

Name of Person Reporting

Christel, David W.

Date of Report

07/23/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 458. | | | | | Sold (part) | 04/04/12 | J | A | |
| 459. | | | | | Buy (add'l) | 08/03/12 | J | | |
| 460. | | | | | Sold (part) | 10/19/12 | J | | |
| 461. COLUMBIA COMMUNITY CREDIT UNION ACCOUNTS | A | Interest | M | T | | | | | |
| 462. RENTAL PROPERTY, VANCOUVER, WA (AMEN CORNER MGMT, LLC) | B | Rent | L | W | | | | | |
| 463. RENTAL PROPERTY, VANCOUVER, WA (BLUE TEE MGMT, LLC) | A | Rent | J | W | | | | | |
| 464. RENTAL PROPERTY, SUNNYBROOK, OR (DOUBLE CUT MGMT, LLC) | B | Rent | N | W | | | | | |
| 465. RENTAL PROPERTY VANCOUVER, WA (DOUBLE EAGLE MGMT, LLC) | C | Rent | M | W | | | | | |
| 466. RENTAL PROPERTY, VANCOUVER, WA (FIRST CUT MGMT, LLC) | C | Rent | L | W | | | | | |
| 467. RENTAL PROPERTY, VANCOUVER, WA (FRONT NINE MGMT, LLC) | C | Rent | J | W | | | | | |
| 468. RENTAL PROPERTY, VANCOUVER, WA (GARROW TRIDENT, LLC) | E | Rent | M | W | | | | | |
| 469. RENTAL PROPERTY, VANCOUVER, WA (KICK POINT, LLC) | E | Rent | M | W | | | | | |
| 470. RENTAL PROPERTY, VANCOUVER, WA (NORTH SIDE, LLC) | C | Rent | J | W | | | | | |
| 471. RENTAL PROPERTY, SUNNYBROOK, OR (PELICAN BAY MGMT, LLC) | D | Rent | M | W | | | | | |
| 472. RENTAL PROPERTY, ROCKLIN, CA (ROCKLIN NW, LLC) | E | Rent | L | W | | | | | |
| 473. RENTAL PROPERTY, VANCOUVER, WA (SILVER LAKE RV, LLC) | C | Rent | L | W | | | | | |
| 474. ___ TRUST - ABBOTT LABORATORIES | C | Dividend | | | Sold (part) | 06/21/12 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 475. | | | | | Sold | 08/23/12 | M | G | |
| 476.        TRUST - ACTIVISION BLIZZARD (Y) | | | | | | | | | |
| 477.        TRUST - ADVENT SOFTWARE INC (Y) | | | | | | | | | |
| 478.        TRUST - ALBEMARLE CORPORATION (Y) | | | | | | | | | |
| 479.        TRUST - ALCATEL LUCENT ADS (Y) | | | | | | | | | |
| 480.        TRUST - ALEXANDER & BALDWIN INC (Y) | | | | | | | | | |
| 481.        TRUST - ALLEGHANY CP DELAWARE (Y) | | | | | | | | | |
| 482.        TRUST - ALLEGHENY TECH INC (Y) | | | | | | | | | |
| 483.        TRUST - ALLIANZ NFJ INTL VALUE | A | Dividend | | | Buy | 04/12/12 | K | | |
| 484. | | | | | Sold | 06/21/12 | K | | |
| 485.        TRUST - ALLSTATE CORP (Y) | | | | | | | | | |
| 486.        TRUST - ALUMINA LTD (Y) | | | | | | | | | |
| 487.        TRUST - AMEREN CORP (HLDG CO) (Y) | | | | | | | | | |
| 488.        TRUST - AMERICAN GR FD OF AMERICA | A | Dividend | | | Sold | 06/21/12 | K | A | |
| 489.        TRUST - ANALOG DEVICES INC (Y) | | | | | | | | | |
| 490.        TRUST - ANALOGOLD ASHANTI LIMITED (Y) | | | | | | | | | |
| 491.        TRUST - ANNALY CAPITAL MGMT INC (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 492. ▮▮▮ TRUST - AOL (Y) | | | | | | | | | |
| 493. ▮▮▮ TRUST - AON CORP (Y) | | | | | | | | | |
| 494. ▮▮▮ TRUST - APPLE (Y) | | | | | | | | | |
| 495. ▮▮▮ TRUST - ASTRAZENCA PLC ADS (Y) | | | | | | | | | |
| 496. ▮▮▮ TRUST - ATWOOD OCEANICS INC (Y) | | | | | | | | | |
| 497. ▮▮▮ TRUST - AXIS CAPITAL HOLDINGS LTD (Y) | | | | | | | | | |
| 498. ▮▮▮ TRUST - BABCOCK & WILCOX COMPANY (Y) | | | | | | | | | |
| 499. ▮▮▮ TRUST - BARRICK GOLD CORP (Y) | | | | | | | | | |
| 500. ▮▮▮ TRUST - BLACKROCK EQUITY DIVIDEND A | | None | | | Sold | 01/24/12 | L | | |
| 501. ▮▮▮ TRUST - BLACKROCK EQUITY DIVIDEND I | A | Dividend | | | Buy | 01/24/12 | L | | |
| 502. | | | | | Sold | 06/21/12 | L | C | |
| 503. ▮▮▮ TRUST - BLACKROCK HI YIELD BOND PTF A | A | Dividend | | | Sold | 01/24/12 | K | | |
| 504. ▮▮▮ TRUST - BLACKROCK HI YIELD BOND PTF INST | B | Dividend | K | T | Buy | 01/24/12 | K | | |
| 505. | | | | | Buy (add'l) | 06/21/12 | J | | |
| 506. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 507. ▮▮▮ TRUST - BORG WARNER (Y) | | | | | | | | | |
| 508. ▮▮▮ TRUST - BRANDYWINE REALTY TR SBI NEW (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 509. _____ TRUST - BROADRIDGE FIN SOLU LLC (Y) | | | | | | | | | |
| 510. _____ TRUST - CABELA'S INC (Y) | | | | | | | | | |
| 511. _____ TRUST - CABLEVISION SYSTEMS CORP (Y) | | | | | | | | | |
| 512. _____ TRUST - CALAMOS CONVERTIBLE FUND (Y) | | | | | | | | | |
| 513. _____ TRUST - CAI14 | | None | | | Buy | 08/29/12 | L | | |
| 514. | | | | | Sold | 09/25/12 | L | | |
| 515. _____ TRUST - CAMECO CORP (Y) | | | | | | | | | |
| 516. _____ TRUST - CARMAX INC (Y) | | | | | | | | | |
| 517. _____ TRUST - CHIMERA INVESTMENT CORP (Y) | | | | | | | | | |
| 518. _____ TRUST - CHUBB CORP (Y) | | | | | | | | | |
| 519. _____ TRUST - CLEAN HARBORS (Y) | | | | | | | | | |
| 520. _____ TRUST - CLOROX CO DE (Y) | | | | | | | | | |
| 521. _____ TRUST - COCA COLA CO | D | Dividend | M | T | | | | | |
| 522. _____ TRUST - COGNIZANT TECH SOLUTIONS (Y) | | | | | | | | | |
| 523. _____ TRUST - CONS EDISON INC (HLDG CO) (Y) | | | | | | | | | |
| 524. _____ TRUST - CONSTELLATION BRANDS INC (Y) | | | | | | | | | |
| 525. _____ TRUST - CORRECTIONS CORP OF AMERICA (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 49

Name of Person Reporting

Christel, David W.

Date of Report

07/23/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 526.  TRUST - COVIDIEN PLC NEW (Y) | | | | | | | | | |
| 527.  TRUST - DAI NIPPPN PRGT LTD JAPAN (Y) | | | | | | | | | |
| 528.  TRUST - DAIWA HOUSE IND LTD (Y) | | | | | | | | | |
| 529.  TRUST - DOW CHEMICAL CO (Y) | | | | | | | | | |
| 530.  TRUST - DREYFUS INTL BOND I | A | Dividend | K | T | Buy | 09/11/12 | K | | |
| 531. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 532.  TRUST - DU PONT EL DE NEMOURS & CO (Y) | | | | | | | | | |
| 533.  TRUST - EMBRAER EM PRESA BRAS DD ADS (Y) | | | | | | | | | |
| 534.  TRUST - ENDURANCE SPCLTY HLDGS LTS (Y) | | | | | | | | | |
| 535.  TRUST - ENERGIZER (Y) | | | | | | | | | |
| 536.  TRUST - EXPRESS SCRIPTS INC (Y) | | | | | | | | | |
| 537.  TRUST - EXXON MOBIL CORP | D | Dividend | M | T | | | | | |
| 538.  TRUST - FIDEL ADV FLOATING RT HI INCOME I | A | Dividend | J | T | Buy | 10/31/12 | J | | |
| 539.  TRUST - FIRST EAGLE GOLD A (Y) | | | | | | | | | |
| 540.  TRUST - FIRST EAGLE GOLD I | | None | | | Sold | 06/21/12 | J | | |
| 541.  TRUST - FIRST TRUST HEALTH CARE ALPHA ETF | A | Dividend | K | T | Buy | 06/21/12 | K | | |
| 542.  TRUST - FMC TECHNOLOGIES (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 49

Name of Person Reporting

Christel, David W.

Date of Report

07/23/2013

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 543. ____ TRUST - FORCE PROTECTION INC (Y) | | | | | | | | | |
| 544. ____ TRUST - FORD MOTOR CO (Y) | | | | | | | | | |
| 545. ____ TRUST - FUJIFILM HOLDINGS CORP ADR (Y) | | | | | | | | | |
| 546. ____ TRUST - GAZPROM O A O SPON ADR (Y) | | | | | | | | | |
| 547. ____ TRUST - GENERAL ELECTRIC CO | C | Dividend | L | T | | | | | |
| 548. ____ TRUST - GENUINE PARTS CO (Y) | | | | | | | | | |
| 549. ____ TRUST - GENZYME CORP (Y) | | | | | | | | | |
| 550. ____ TRUST - GREAT PLAINS ENERGY INC (Y) | | | | | | | | | |
| 551. ____ TRUST - GLAXOSMITHKLINE PLC ADS (Y) | | | | | | | | | |
| 552. ____ TRUST - GOLD FIELDS LTD SP ADR (Y) | | | | | | | | | |
| 553. ____ TRUST - GOLDMAN SACHS GRW OPPORT A (Y) | | | | | | | | | |
| 554. ____ TRUST - GOLDMAN SACHS GRW OPPORT I | | None | | | Sold | 06/21/12 | K | | |
| 555. ____ TRUST - GOOGLE (Y) | | | | | | | | | |
| 556. ____ TRUST - GUGGENHEIM RUSSELL TOP 50 MEG CAP ETF | A | Dividend | L | T | Buy | 06/21/12 | L | | |
| 557. ____ TRUST - GUGGENHEIM S&P 500 EQUAL WEIGHT | A | Dividend | | | Buy | 06/21/12 | J | | |
| 558. | | | | | Sold | 09/26/12 | J | A | |
| 559. ____ TRUST - H J HEINZ CO (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: **Christel, David W.**

Date of Report: 07/23/2013

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 560. _____ TRUST - HASBRO INC (Y) | | | | | | | | | |
| 561. _____ TRUST - HATTERAS FINL CORP (Y) | | | | | | | | | |
| 562. _____ TRUST - HCP INCORPORATED (Y) | | | | | | | | | |
| 563. _____ TRUST - HEALTH CARE REIT INC (Y) | | | | | | | | | |
| 564. _____ TRUST - HENDERSON INTL OPPORTUNITIES A (Y) | | | | | | | | | |
| 565. _____ TRUST - HUDSON CITY BANCORP INC (Y) | | | | | | | | | |
| 566. _____ TRUST - IMPALA PLATINUM HLDGS LTD ADR (Y) | | | | | | | | | |
| 567. _____ TRUST - INTL BUSINESS MACHINES CORP (Y) | | | | | | | | | |
| 568. _____ TRUST - INVESCO CONVERT SECURITIES A | | None | | | Sold | 02/02/12 | K | | |
| 569. _____ TRUST - CONVERT SECURITIES Y | A | Dividend | K | T | Buy | 02/02/12 | K | | |
| 570. | | | | | Sold (part) | 05/16/12 | J | | |
| 571. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 572. _____ TRUST - INVESCO INTL SMALL COMPANY Y | | None | K | T | Buy | 12/18/12 | K | | |
| 573. _____ TRUST - ISHARES BARCLAYS TIPS BOND FUND | A | Dividend | J | T | Buy | 10/31/12 | J | | |
| 574. _____ TRUST - ISHARES BARCLAYS 20+ YEAR TREASURY BOND | A | Dividend | K | T | Buy | 11/09/12 | K | | |
| 575. | | | | | Sold (part) | 12/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 576. _____ TRUST - ISHARES I BOXX$ H/Y CORP BOND (Y) | | | | | | | | | |
| 577. _____ TRUST - ISHARES IBOXX INVEST GR CORE FUND | A | Dividend | J | T | Buy | 10/31/12 | J | | |
| 578. _____ TRUST - ISHARES RUSSELL 1000 GR INDEX | A | Dividend | K | T | Buy | 06/21/12 | K | | |
| 579. _____ TRUST - ISHARES S&P MID CAP 400 GROWTH | | None | | | Buy | 06/21/12 | J | | |
| 580. | | | | | Sold | 07/24/12 | J | | |
| 581. _____ TRUST - ISHARES S&P MIDCAP 400 INDEX | A | Dividend | K | T | Buy | 11/07/12 | J | | |
| 582. | | | | | Buy (add'l) | 11/28/12 | J | | |
| 583. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 584. _____ TRUST - IVANHOE MINES LTD (Y) | | | | | | | | | |
| 585. _____ TRUST - JOHNSON CONTROLS INC (Y) | | | | | | | | | |
| 586. _____ TRUST - JOHNSON & JOHNSON | D | Dividend | M | T | | | | | |
| 587. _____ TRUST - JP MORGAN MID CAP VALUE A | | None | | | Sold | 02/08/12 | K | | |
| 588. _____ TRUST - JP MORGAN MID CAP VALUE S | | None | | | Buy | 02/08/12 | K | | |
| 589. | | | | | Sold | 06/21/12 | K | C | |
| 590. _____ TRUST - KAO CORP (Y) | | | | | | | | | |
| 591. _____ TRUST - KINDER MORGAN MGMT (Y) | | | | | | | | | |
| 592. _____ TRUST - KINROSS GOLD CORP (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 593. TRUST - KNOLL INC (Y) | | | | | | | | | |
| 594. TRUST - KRAFT FOODS (Y) | | | | | | | | | |
| 595. TRUST - LAS VEGAS SANDS CORP (Y) | | | | | | | | | |
| 596. TRUST - LAZARD EMERGING MARKETS OPEN (Y) | | | | | | | | | |
| 597. TRUST - MAGNA INTL A COM (Y) | | | | | | | | | |
| 598. TRUST - MAINSTAY LARGE CAP GRW A | None | | | | Sold | 06/21/12 | K | | |
| 599. TRUST - MANAGERS AMG FQ GLOBAL ALT A (Y) | | | | | | | | | |
| 600. TRUST - MARTIN MARIETTA MATERIALS (Y) | | | | | | | | | |
| 601. TRUST - MATTEL INC (Y) | | | | | | | | | |
| 602. TRUST - MBIA INC (Y) | | | | | | | | | |
| 603. TRUST - MCDONALDS CORP (Y) | | | | | | | | | |
| 604. TRUST - MCGRAW HILL (Y) | | | | | | | | | |
| 605. TRUST - MERCK & CO | C | Dividend | L | T | | | | | |
| 606. TRUST - MCKESSON CORP (Y) | | | | | | | | | |
| 607. TRUST - MFA FINANCIAL INC (Y) | | | | | | | | | |
| 608. TRUST - MICREL INC (Y) | | | | | | | | | |
| 609. TRUST - MICROCHIP TECHNOLOGY (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 610. TRUST - MILLICOM INTL CELLULAR SA NEW (Y) | | | | | | | | | |
| 611. TRUST - MONSTER WORLDWIDE (Y) | | | | | | | | | |
| 612. TRUST - MONTPELIER RE HOLDINGS (Y) | | | | | | | | | |
| 613. TRUST - MORGAN STANLEY BANK ACCOUNT #1 (X) | A | Interest | K | T | | | | | |
| 614. TRUST - MORGAN STANLEY BANK ACCOUNT #2 (X) | A | Interest | L | T | | | | | |
| 615. TRUST - MORGAN STANLEY BANK #3 (X) | A | Interest | J | T | | | | | |
| 616. TRUST - NATIONAL FUEL GAS CO (Y) | | | | | | | | | |
| 617. TRUST - NEW YORK COMMUNITY BANCORP INC (Y) | | | | | | | | | |
| 618. TRUST - NEWCREST MINING LTD (Y) | | | | | | | | | |
| 619. TRUST - NEWMARKET CORP (Y) | | | | | | | | | |
| 620. TRUST - NIPPON TELEGRAPH&TELEPHONE ADS (Y) | | | | | | | | | |
| 621. TRUST - NISOURCE INC (Y) | | | | | | | | | |
| 622. TRUST - NOVO NORDISK A/S ADR (Y) | | | | | | | | | |
| 623. TRUST - NUVEEN REAL ESTATE SEC FUND A | A | Dividend | | | Sold | 02/06/12 | K | | |
| 624. TRUST - NUVEEN REAL ESTATE SEC FUND I | A | Dividend | | | Buy | 02/06/12 | K | | |
| 625. | | | | | Sold | 06/21/12 | K | C | |
| 626. TRUST - NUVEEN TRADEWINDS INTL VAL A | | None | | | Sold | 02/06/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 627. _____ TRUST - NUVEEN TRADEWINDS INTL VAL I | A | Dividend | | | Buy | 02/06/12 | K | | |
| 628. | | | | | Sold | 04/12/12 | K | | |
| 629. _____ TRUST - NUVEEN TRADEWINDS VAL OPPORT A | | None | | | Sold | 02/06/12 | K | | |
| 630. _____ TRUST - NUVEEN TRADEWINDS VAL OPPORT I | | None | | | Buy | 02/06/12 | K | | |
| 631. | | | | | Sold | 05/09/12 | K | | |
| 632. _____ TRUST - OCCIDENTAL PETROLEUM (Y) | | | | | | | | | |
| 633. _____ TRUST - OLD DOMINION FREIGHTLINE (Y) | | | | | | | | | |
| 634. _____ TRUST - OLD REPUBLIC INTL CP (Y) | | | | | | | | | |
| 635. _____ TRUST - OMNICOM GROUP (Y) | | | | | | | | | |
| 636. _____ TRUST - ORACLE (Y) | | | | | | | | | |
| 637. _____ TRUST - PEABODY ENERGY (Y) | | | | | | | | | |
| 638. _____ TRUST - PHILIP MORRIS INTL INC (Y) | | | | | | | | | |
| 639. _____ TRUST - PIMCO ALL ASSET ALL AUTHORITY P | C | Dividend | L | T | Buy (add'l) | 05/09/12 | J | | |
| 640. | | | | | Buy (add'l) | 08/10/12 | J | | |
| 641. | | | | | Buy (add'l) | 08/24/12 | K | | |
| 642. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 643. _____ TRUST - PIMCO ALL ASSET ALL AUTHORITY A (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 644. _____ TRUST - PIMCO LOW DURATION FUND A (Y) | | | | | | | | | |
| 645. _____ TRUST - PIMCO LOW DURATION P | A | Dividend | J | T | Sold (part) | 06/21/12 | K | A | |
| 646. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 647. _____ TRUST - PIMCO TOTAL RETURN P | A | Dividend | J | T | Buy | 05/16/12 | K | | |
| 648. | | | | | Sold | 06/21/12 | K | A | |
| 649. | | | | | Buy | 10/31/12 | J | | |
| 650. _____ TRUST - POWERSHARES QQQ TR | A | Dividend | K | T | Buy | 06/21/12 | K | | |
| 651. _____ TRUST - POWERSHARES S&P 500 BUY WRITE | A | Dividend | J | T | Buy | 11/29/12 | J | | |
| 652. _____ TRUST - PRICESMART (Y) | | | | | | | | | |
| 653. _____ TRUST - PROCTER & GAMBLE | D | Dividend | M | T | Sold (part) | 06/21/12 | L | E | |
| 654. | | | | | Sold (part) | 10/26/12 | M | G | |
| 655. _____ TRUST - PROGRESS ENERGY INC (Y) | | | | | | | | | |
| 656. _____ TRUST - PRUDENTIAL SHT TRM CORP BOND Z | A | Dividend | L | T | Buy | 06/21/12 | K | | |
| 657. | | | | | Buy (add'l) | 09/26/12 | K | | |
| 658. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 659. PETERSON TRUST - ROCKWELL _____ INC (Y) | | | | | | | | | |
| 660. _____ TRUST - ROHM CO LTD UNSPONS ADR (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 661. _____ TRUST - ROYAL DUTCH SHELL PLC (Y) | | | | | | | | | |
| 662. _____ TRUST - ROYCE 100 FUND INVESTMENT | | None | | | Buy | 06/12/12 | K | | |
| 663. | | | | | Sold | 06/21/12 | K | | |
| 664. _____ TRUST - ROYCE 100 FUND SERV | A | Dividend | | | Sold | 06/12/12 | K | | |
| 665. _____ TRUST - SANOFI AVENTIS ADS (Y) | | | | | | | | | |
| 666. _____ TRUST - SEMPRA ENERGY (Y) | | | | | | | | | |
| 667. _____ TRUST - SEVEN & I HOLDING CO. (Y) | | | | | | | | | |
| 668. _____ TRUST - SCANA CORP NEW (Y) | | | | | | | | | |
| 669. _____ TRUST - SEADRILL (Y) | | | | | | | | | |
| 670. _____ TRUST - SENTINEL GOVERNMENT SEC A | A | Dividend | J | T | Buy | 10/31/12 | J | | |
| 671. _____ TRUST - SIEMENS AKTIENGESELLSCHAFT (Y) | | | | | | | | | |
| 672. _____ TRUST - SK TELECOM CO LTD (Y) | | | | | | | | | |
| 673. _____ TRUST - SKYBRIDE MUL-ADSVR SER G ADV | | None | M | T | Buy | 09/01/12 | L | | |
| 674. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 675. _____ TRUST - SOTHEBY'S CL A(Y) | | | | | | | | | |
| 676. _____ TRUST - SPDR GOLD TR GOLD SHS | | None | K | T | Buy (add'l) | 06/21/12 | J | | |
| 677. _____ TRUST - STATOIL ASA SPONSORED ADR (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 678. ▢ TRUST - STURM RUGER & CO (Y) | | | | | | | | | |
| 679. ▢ TRUST - ST JUDE MEDICAL INC (Y) | | | | | | | | | |
| 680. ▢ TRUST - SUMITOMO TR&BK CO SPON ADR (Y) | | | | | | | | | |
| 681. ▢ TRUST - SUNCOR ENERGY INC NEW COM (Y) | | | | | | | | | |
| 682. ▢ TRUST - SWISSCOM (Y) | | | | | | | | | |
| 683. ▢ TRUST - TATA MOTORS LTD (Y) | | | | | | | | | |
| 684. ▢ TRUST - TCW EMERGING MARKET INC I | B | Dividend | K | T | Buy | 06/21/12 | J | | |
| 685. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 686. ▢ TRUST - TCW EMERGING MARKET INC N (Y) | | | | | | | | | |
| 687. ▢ TRUST - TCW GALILEO EMERG MARKETS INC I | A | Dividend | K | T | | | | | |
| 688. ▢ TRUST - TCW TOTAL RETURN BOND I | B | Dividend | K | T | Buy | 06/21/12 | K | | |
| 689. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 690. ▢ TRUST - TEL & DATA SYSTEMS SPECIAL (Y) | | | | | | | | | |
| 691. ▢ TRUST - TEMPLETON GLOBAL BOND FUND A (Y) | | | | | | | | | |
| 692. ▢ TRUST - TEMPLETON GLOBAL BOND FUND ADV | B | Dividend | K | T | Sold (part) | 05/16/12 | J | | |
| 693. | | | | | Buy (add'l) | 08/10/12 | J | | |
| 694. | | | | | Buy (add'l) | 10/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 695. ▨ TRUST - TENET HEALTHCARE (Y) | | | | | | | | | |
| 696. ▨ TRUST - THE DIRECTV GROUP (Y) | | | | | | | | | |
| 697. ▨ TRUST - THE TECHNOLOGY SEL SPIDER FUND | A | Dividend | K | T | Buy | 06/21/12 | K | | |
| 698. ▨ TRUST - THORNBURG INTL VALUE I | A | Dividend | | | Sold | 06/21/12 | K | | |
| 699. ▨ TRUST - TIME WARNER CABLE INC CL A (Y) | | | | | | | | | |
| 700. ▨ TRUST - TREDEGAR CORPORATION (Y) | | | | | | | | | |
| 701. ▨ TRUST - TOYOTA MOTOR CP ADR NEW (Y) | | | | | | | | | |
| 702. ▨ TRUST - TREDEGAR CORPORATION (Y) | | | | | | | | | |
| 703. ▨ TRUST - UBS AG NEW (Y) | | | | | | | | | |
| 704. ▨ TRUST - UDR INC COM (Y) | | | | | | | | | |
| 705. ▨ TRUST - ULTRA PETROLEUM INC (Y) | | | | | | | | | |
| 706. ▨ TRUST - UNION PACIFIC CORP (Y) | | | | | | | | | |
| 707. ▨ TRUST - UNITED CONTINENTAL HLDGS INC (Y) | | | | | | | | | |
| 708. ▨ TRUST - UNITED PARCEL SERVICE INC CL - B (Y) | | | | | | | | | |
| 709. ▨ TRUST - VALUE CLICK INC (Y) | | | | | | | | | |
| 710. ▨ TRUST - VANGUARD EMERG MARKETS ETF (Y) | | | | | | | | | |
| 711. ▨ TRUST - VANGUARD MSCI EMERGING MARKETS | | None | | | Buy | 01/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 712. | | | | | Sold | 05/09/12 | J | | |
| 713. _____ TRUST - VIRTUS INSIGHT EMERG MARKETS I | A | Dividend | K | T | Buy (add'l) | 05/09/12 | J | | |
| 714. _____ TRUST - VIRTUS INSIGHT EMERG MARKETS A (Y) | | | | | | | | | |
| 715. _____ TRUST - VODAFONE GP PLC ADS NEW (Y) | | | | | | | | | |
| 716. _____ TRUST - WACOAL CP ADR (Y) | | | | | | | | | |
| 717. _____ TRUST - WALT DISNEY CO HOLDING CO (Y) | | | | | | | | | |
| 718. _____ TRUST - WEATHERFORD INC INTL (Y) | | | | | | | | | |
| 719. _____ TRUST - WELLS FARGO SH TM HI YIELD BOND AD | A | Dividend | J | T | Buy | 10/31/12 | J | | |
| 720. _____ TRUST - WISDOMTREE EQUITY INCOME FUND | B | Dividend | L | T | Buy | 06/21/12 | L | | |
| 721. | | | | | Buy (add'l) | 09/26/12 | K | | |
| 722. | | | | | Sold (part) | 12/18/12 | J | A | |
| 723. _____ TRUST - WOLTERS KLUWER NV SPON ADR (Y) | | | | | | | | | |
| 724. _____ TRUST - XCEL ENERGY (Y) | | | | | | | | | |
| 725. _____ TRUST - XEROX CORP (Y) | | | | | | | | | |
| 726. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, lines 474 through 725 - These assets are held as Trustee of the ▓▓▓▓▓▓▓ Trust dated June 6, 1989. The Trustee position is identified under Part I, line 3.

| Name of Person Reporting | Date of Report |
|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David W. Christel**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544